IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| Susan Bennett,<br><br>    Plaintiff,<br><br>v.<br><br>American Federation of State, County and Municipal Employees, Council 31, AFL-CIO, et al.<br><br>    Defendants. | No. 19 CV 4087<br><br>Judge Sara Darrow<br><br>**Notice of Appeal** |

Plaintiff Susan Bennett respectfully appeals to the United States Court of Appeals for the Seventh Circuit from the order (Dkt. 42) and final judgment (Dkt. 43) of the District Court granting Defendants Attorney General Kwame Raoul, Andrea R. Waintroob, Judy Biggert, Gilbert O'Brien Jr., Lynne Sered, and Lara Shayne's motion to dismiss; granting Defendants American Federation of State, County and Municipal Employees, Council 31, AFL-CIO and AFSCME Local 672's motion for summary judgment; granting Defendant Board of Education Moline-Coal Valley School District No. 40's motion for summary judgment; and denying Plaintiff's motion for summary judgment, entered on March 31, 2020 and April 2, 2020, respectively.

Dated: April 14, 2020

2

Respectfully Submitted,

/s/ Jeffrey M. Schwab

Jeffrey M. Schwab
James J. McQuaid
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Phone: (312) 263-7668
jschwab@libertyjusticecenter.org
jmcquaid@libertyjusticecenter.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Jeffrey M. Schwab, an attorney, certify that I served the foregoing Notice of Appeal on all counsel of record by filing it electronically on April 14, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further certify that as of April 14, 2020, there are no nonregistered participants upon whom service by U.S. Mail is required.

                                                            /s/ Jeffrey Schwab

                                                            Jeffrey M. Schwab