Judgment in a Civil Case (02/11)

UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Susan Bennett,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  **Case Number:**    **19-4087** |
| | ) |
| **Council 31 of the American Federation of State, County and Municipal Employees, AFL-CIO, AFSCME Local 672, Moline Coal Valley School District No. 40, Kwame Raoul, Andrea Waintroob, Judy Biggert, Gilbert O'Brien, Jr., Lynne Sered, Lara Shayne,** | ) |
| | ) |
| **Defendants,** | ) |
| | ) |
| **Moline-Coal Valley School District No. 40,** | ) |
| | ) |
| **Cross Claimant,** | ) |
| | ) |
| vs. | ) |
| | ) |
| **AFSCME Local 672, Council 31 Of the American Federation of State, County and Municipal Employees, AFL-CIO** | ) |
| **Cross Defendants** | ) |

## AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Susan Bennett's action against Council 31 of the American Federation of State, County, and Municipal Employees, AFL-CIO ("Council 31"), AFSCME Local 672, Moline Coal Valley School District No. 40, Kwame Raoul, Andrea Waintroob, Judy Biggert, Gilbert O'Brien, Jr., Lynne Sered, and Lara Shayne is dismissed and she recovers nothing on her claims. Moline-Coal Valley School District No. 40's crossclaim against Council 31 and AFSCME Local 672 is DISMISSED WITHOUT PREJUDICE

**Dated:** 9/23/20

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court